## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOHN PERSINGER,                                               **Civil File No. 10-CV-2613**

      Plaintiff,

vs.                                                                        **NOTICE OF DISMISSAL**
                                                                             **WITH PREJUDICE**

NATIONS RECOVERY CENTER, INC.,

      Defendant.

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                        Respectfully submitted,

Dated:  December 20, 2010            s/ J. Mark Meinhardt
                                                       J. Mark Meinhardt KS # 20245
                                                       4707 College Blvd, Suite 100
                                                       Leawood, KS 66211
                                                       (913) 451-9797 (Telephone)
                                                       (913) 451-6163 (Facsimile)
                                                       meinhardtlaw@sbcglobal.net

                                                       **ATTORNEY FOR PLAINTIFF**